# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>JENNIFER SAILSBERY, et al.,<br><br>                Defendants. | Case No. 2:19-cv-00148-JAD-BNW<br><br>**ORDER** |

This matter is before the court on defendants Jennifer Sailsbery, Silver State Mechanical, Inc., Plumbrx, Inc., and Jennifer Sailsbery as trustee of the Sailsbery Asset Protection Trust's failure to comply with the court's order (ECF No. 36) dated November 13, 2019. In that order, the court required Jennifer Sailsbery to file a notice indicating whether she would represent herself or retain a new attorney in this case by December 2, 2019. (*Id*.) The court also required defendants Silver State Mechanical, Inc., Plumbrx, Inc., and Jennifer Sailsbery as trustee of the Sailsbery Asset Protection Trust to retain a new attorney by December 2, 2019 and have that attorney file a notice of appearance in this case. To date, defendants have not complied with these orders. Defendants must comply with these orders by January 31, 2020. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: January 23, 2020

                                                                            
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE